United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEMORY APOSTOL,<br><br>    Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC,<br><br>    Defendant. | Case No. 15-cv-05137-RS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jeffrey S. White for consideration of whether the case is related to Case No. 3:12-CV-1754 JSW.

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
RICHARD SEEBORG
United States District Judge