UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: February 12, 2016                         Time in Court: 21 minutes

JUDGE: JEFFREY S. WHITE                         Court Reporter: Victoria Valine

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-15-5137  JSW

TITLE:  Memory Apostol v. BMW Financial Services, NA, LLC

COUNSEL FOR PLAINTIFF:                          COUNSEL FOR DEFENDANT:
Bryan Kemnitzer                                 Michael Hassan


PROCEEDINGS:   Case Management Conference


RESULTS:   Counsel for Plaintiff was cautioned re: Court's Order re: Appearance of Lead Counsel.

    Deadline to file Amended Complaint:  2-26-16
    Discovery is stayed pending hearing on the Motion to Dismiss set for 3-11-16 at 9:00 a.m.

    The Court will set further deadlines, if needed, in the Order on the Motion to Dismiss.