UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: April 8, 2016                                                              Time in Court: 22 minutes

JUDGE: JEFFREY S. WHITE                          Court Reporter: Diane Skillman

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-15-5137 JSW

TITLE: Memory Apostol  v.  BMW Financial Services, NA LLC, et al.,

COUNSEL FOR PLAINTIFF:                           COUNSEL FOR DEFENDANT:
Bryan Kemnitzer                                  Michael Hassen
Alec Trueblood


PROCEEDINGS:     Motion to Dismiss
                 Status Conference


RESULTS:     The Court heard argument on the Motion to Dismiss.
             A written ruling shall issue.

             Status Conference held.
             The parties indicated they are prepared to attend their private mediation, which is to be completed by May 4, 2016.