JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant BMW FINANCIAL SERVICES NA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEMORY APOSTOL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BMW FINANCIAL SERVICES NA, LLC, A Delaware Corporation, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO.  4:15-cv-5137-JSW<br><br>**STATUS REPORT REGARDING MEDIATION**<br><br>Ctrm:    5, 2nd Floor<br>Judge:   Honorable Jeffrey S. White |

In accordance with this Court's order of April 8, 2016, the parties attended a mediation at the JAMS office located in San Francisco before Michael Ornstil, Esq. on April 27, 2016.

The parties were unable to informally resolve the matter.

DATED: April 28, 2016                    JEFFER MANGELS BUTLER & MITCHELL LLP


　　　　　　　　　　　　　　　　　　　By: /s/ Michael J. Hassen
　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. HASSEN
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant BMW FINANCIAL
　　　　　　　　　　　　　　　　　　　　SERVICES NA, LLC